**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6587**

---

OSHA A. JOHNSON,

　　　　　　Plaintiff - Appellant,

　　　v.

LIEUTENANT CHRISTOPHER TIMMONS; LIEUTENANT DESMOND WESTON; LIEUTENANT ROBINSON; LIEUTENANT MCKISSACK; CAPTAIN DAMON GREENE; DHO BROWN,

　　　　　　Defendants - Appellees,

　　　and

LIEUTENANT MARQUITA MCCULLOUGH; CAPTAIN ANNIE MCCULLOUGH; ASSOCIATE WARDEN COMMANDER; ASSOCIATE WARDEN TISDALL; WARDEN JACKSON; REGIONAL DIRECTOR WILLIAMS; BRIAN P. STERLING; GOVERNOR HENRY MCMASTER,

　　　　　　Defendants.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Joseph F. Anderson, Jr., Senior District Judge. (5:23-cv-03368-JFA)

---

Submitted: January 22, 2026　　　　　　　　　　Decided: January 29, 2026

---

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

———————————

Osha A. Johnson, Appellant Pro Se. Rachel Elizabeth Lee, Daniel C. Plyler, SMITH ROBINSON HOLLER DUBOSE & MORGAN, LLC, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Osha A. Johnson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing with prejudice Johnson's 42 U.S.C. § 1983 action for failure to participate in his deposition, Fed. R. Civ. P. 37, and for failure to comply with a court order, Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Johnson v. Timmons*, No. 5:23-cv-03368-JFA (D.S.C. June 23, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*